IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESHELLE CABLE, MATHEW CADWELL, KATIE COELHO, WILLIAM DRAPEAU, JOSHUA HARDT, CHRIS VILLANUEVA, and JOHN CAMERON, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>MICROSOFT CORPORATION and DOES 1-500,<br><br>        Defendants. | 2:09-cv-00579-GEB-DAD<br><br>ORDER[*] |

Defendant moves for dismissal of Plaintiffs' First Amended Complaint ("FAC"). However, after this motion was filed, Plaintiffs filed a Second Amended Complaint that "supersedes" the FAC and results in the FAC being "treated . . . as non-existent." Forsyth v. Humana,

//

//

//

---

[*] This matter was determined to be suitable for decision without oral argument. L.R. 78-230(h).

1

Inc., 114 F.3d 1467, 1474 (9th Cir. 1997) (quotation and citation omitted).  Therefore, the motion is denied.

Dated:  May 14, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge