,

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESHELLE CABLE, MATHEW CADWELL, KATIE COELHO, WILLIAM DRAPEAU, JOSHUA HARDT, CHRIS VILLANUEVA, and JOHN CAMERON, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　　　v.<br><br>MICROSOFT CORPORATION and DOES 1-500,<br><br>　　　　　Defendants. | 2:09-cv-00579-GEB-DAD<br><br>ORDER* |

　　　　Plaintiffs move for an order remanding this case to the state court from which it was removed, arguing that Defendant has not shown the jurisdictional amount in controversy required under the Class Action Fairness Act since the evidence on which Defendant relies for this showing is inadmissible hearsay.  However, Plaintiff argument does not persuasively counter Defendant's position that the referenced

---

　　　* 　 This matter was determined to be suitable for decision without oral argument.  L.R. 78-230(h).

1

evidence is admissible under the business records exception. Therefore, the motion is denied.

Dated: May 14, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge