| | |
|---|---|
| ROSEMARIE T. RING (State Bar No. 220769)<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, Twenty-Seventh Floor<br>San Francisco, CA 94105-2907<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077<br>Email: rose.ring@mto.com | KEITH D. CABLE (State Bar No. 170055)<br>CABLE GALLAGHER<br>101 Parkshore Drive, Suite 100<br>Folsom, CA 95630<br>Telephone: (916) 608-7995<br>Facsimile: (916) 608-7986<br>Email: cablelaw@yahoo.com |
| Attorneys for Defendant<br>MICROSOFT CORPORATION | Attorney for Plaintiffs<br>RESHELLE CABLE, MATTHEW CADWELL, KATIE COELHO, WILLIAM DRAPEAU, JOSHUA HARDT, CHRIS VILLANUEVA, and JOHN CAMERON |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RESHELLE CABLE, MATTHEW CADWELL, KATIE COELHO, WILLIAM DRAPEAU, JOSHUA HARDT, CHRIS VILLANUEVA, and JOHN CAMERON, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>  vs.<br><br>MICROSOFT CORPORATION and DOES 1 - 500,<br><br>        Defendants. | CASE NO. 2:09-CV-00579-GEB-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFFS TO FILE A FOURTH AMENDED COMPLAINT AND EXTENDING DEFENDANT'S TIME TO RESPOND** |

## **STIPULATION**

WHEREAS, the parties agreed to allow plaintiffs until August 31, 2009, to file a Third Amended Complaint and to extend defendant's time to respond to the Third Amended Complaint until September 25, 2009, and filed a stipulation to that effect on August 21, 2009;

WHEREAS, the Court approved the parties' stipulation on September 1, 2009;

WHEREAS, plaintiffs filed a Third Amended Complaint on August 31, 2009;

WHEREAS, plaintiffs have informed defendant of their intention to file a Fourth Amended Complaint;

WHEREAS, Federal Rule of Civil Procedure 15(a)(2) requires plaintiffs to obtain defendant's written consent or leave from the Court to file a Fourth Amended Complaint;

WHEREAS, defendant has consented to plaintiffs filing a Fourth Amended Complaint on or around September 14, 2009;

WHEREAS, consistent with the parties' agreement to extend defendant's time to respond to the Third Amended Complaint by two weeks as approved by the Court on September 1, 2009, plaintiffs agreed to extend defendant's time to answer, move, or otherwise respond to the Fourth Amended Complaint by two weeks until October 12, 2009;

NOW THEREFORE, plaintiffs and defendant through their counsel of record stipulate to the following:

IT IS HEREBY STIPULATED that plaintiffs may file a Fourth Amended Complaint and defendant's deadline to answer, move, or otherwise respond to the Fourth Amended Complaint shall be extended until October 12, 2009.

| | |
|---|---|
| DATED:  September 17, 2009 | MUNGER, TOLLES & OLSON LLP |
| | By: _____*s/ Rosemarie T. Ring*_____<br>Rosemarie T. Ring |
| | Attorneys for Defendant<br>MICROSOFT CORPORATION |
| DATED:  September 17, 2009 | CABLE GALLAGHER |
| | By: _____*s/ Keith D. Cable*_____<br>Keith D. Cable |
| | Attorneys for Plaintiffs<br>RESHELLE CABLE, MATTHEW CADWELL, KATIE COELHO, WILLIAM DRAPEAU, JOSHUA HARDT, CHRIS VILLANUEVA, and JOHN CAMERON |

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. Plaintiffs may file a Fourth Amended Complaint and defendant's deadline to answer, move, or otherwise respond to the Fourth Amended Complaint shall be October 12, 2009.

9/18/09

```
GARLAND E. BURRELL, JR.
United States District Judge
```