ROSEMARIE T. RING (State Bar No. 220769)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone:    (415) 512-4000
Facsimile:     (415) 512-4077
Email: rose.ring@mto.com

Attorneys for Defendant
MICROSOFT CORPORATION

KEITH D. CABLE (State Bar No. 170055)
CABLE GALLAGHER
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: (916) 608-7995
Facsimile: (916) 608-7986
Email: cablelaw@yahoo.com

Attorney for Plaintiffs
RESHELLE CABLE, MATTHEW CADWELL, KATIE COELHO, WILLIAM DRAPEAU, JOSHUA HARDT, CHRIS VILLANUEVA, and JOHN CAMERON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| RESHELLE CABLE, MATTHEW CADWELL, KATIE COELHO, WILLIAM DRAPEAU, JOSHUA HARDT, CHRIS VILLANUEVA, and JOHN CAMERON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>MICROSOFT CORPORATION and DOES 1 - 500,<br><br>Defendants. | CASE NO. 2:09-CV-00579-GEB-DAD<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE FOURTH AMENDED COMPLAINT** |

**STIPULATION**

WHEREAS, pursuant to a stipulated order signed by the Court on September 18, 2009, defendant's deadline to answer, move, or otherwise respond to the Fourth Amended Complaint is October 12, 2009;

WHEREAS, the parties have agreed that defendant's time to answer, move, or otherwise respond to the Fourth Amended Complaint should be extended until October 23, 2009, to facilitate the most effective and efficient management of the case;

NOW THEREFORE, plaintiffs and defendant through their counsel of record stipulate to the following:

IT IS HEREBY STIPULATED that the deadline for defendant to answer, move, or otherwise respond to the Fourth Amended Complaint shall be October 23, 2009.

DATED: October 1, 2009                MUNGER, TOLLES & OLSON LLP


By:       */s/ Rosemarie T. Ring*
              Rosemarie T. Ring

Attorneys for Defendant
MICROSOFT CORPORATION

DATED:  October 1, 2009               CABLE GALLAGHER


By:       */s/ Keith D. Cable*
              Keith D. Cable

Attorneys for Plaintiffs
RESHELLE CABLE, MATTHEW CADWELL, KATIE COELHO, WILLIAM DRAPEAU, JOSHUA HARDT, CHRIS VILLANUEVA, and JOHN CAMERON

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The deadline for defendant to answer, move, or otherwise respond to the Fourth Amended Complaint shall be and is hereby extended to October 23, 2009.

Dated: 10/28/09

```
_____
GARLAND E. BURRELL, JR.
United States District Judge
```

- 2 -